No. 7,562.—GOLD CREEK MINING CO., Appellant, *v.* DAISY B. KROEHNKE, Respondent.

Decided December 5, 1936.

PER CURIAM.—The parties herein having filed their stipulation for dismissal of the appeal herein, and the controversy having been fully settled, it is ordered that the appeal be dismissed on the merits, each party paying its or her costs of appeal.

*Mr. S. P. Wilson* and *Mr. William Meyer,* for Appellant.

*Mr. H. L. Maury* and *Mr. A. G. Shone,* for Respondent.